```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15922
    PAUL WAYNE NAPATHALUNG
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-0114

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was not confirmed.

     The case was dismissed without confirmation 10/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------

CHASE HOME FINANCE LLC    CURRENT MORTG         .00          .00            .00
ALEXIAN BROTHERS MED CEN  UNSECURED       NOT FILED          .00            .00
WASTE MANAGEMENT - RMC    UNSECURED          307.69          .00            .00
NWHC HOFFMAN ESTATES OFF  UNSECURED          104.35          .00            .00
GENERAL AMERICAN CORP     UNSECURED       NOT FILED          .00            .00
FMS INC                   UNSECURED       NOT FILED          .00            .00
LOYOLA UNIVERSITY PHYSIC  UNSECURED         7508.40          .00            .00
CREDIT COLLECTION SERVIC  UNSECURED       NOT FILED          .00            .00
NICOR GAS                 UNSECURED       NOT FILED          .00            .00
CHILDREN'S HEALTH ASS     UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
DISH NETWORK              UNSECURED       NOT FILED          .00            .00
GOLDBERG MILSTEIN & BLAC  UNSECURED       NOT FILED          .00            .00
CREDIT MANAGEMENT SERVIC  UNSECURED       NOT FILED          .00            .00
DIRECT DEBT COLLECTIONS   UNSECURED         6480.22          .00            .00
CHASE BANK USA            NOTICE ONLY    NOT FILED           .00            .00
CITIBANK NA               NOTICE ONLY    NOT FILED           .00            .00
CHASE HOME FINANCE LLC    SECURED NOT I        .00           .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15922 PAUL WAYNE NAPATHALUNG
```

```
TOTALS                                         .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```